

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P. O. Box 19848
Washington, D.C. 20036

April 26, 2006

Ms. Barbara Planck
1119 County Road 513
Midland City, Alabama 36350

Dear Ms. Planck:

We are in receipt of a message from the Equal Employment Opportunity Commission National Contact Center dated April 13, 2006. It informs the Office of Federal Operations that you have received a decision on an appeal of your equal employment opportunity complaint against the Defense Contract Management Agency and you wish to pursue the matter in federal district court. The message goes on to say that you cannot afford an attorney and want to petition the court to appoint an attorney and that of the 90-day limitation period for filing in court, you had 30 days remaining. Marjorie Borders in the Office of Federal Operations called you on April 24, 2006, to provide the following information and left a message.

In an attempt to assist you, staff of the Office of Federal Operations searched its data system and found that a decision was issued on March 31, 2006, on your appeal known as docket number 01A60762. The ninety (90) day appeal period would commence to run from the date that you received that decision. Using the decision date, you would have at least until June 29, 2006 - about 65 days from April 26, 2006 - to file a civil action.

Procedures for the appointment of counsel may vary from one court to another. The clerk of the court should be able to provide you with the procedure required to petition for the appointment of counsel.

Staff searched for the correct United States district court and found it to be:

The Frank Johnson United States Court House Complex
One Church Street
Montgomery, Alabama  36104-4018

Clerk of the Court:  334-954-3600

We hope that this information is helpful to you.

Sincerely,

Robert J. Barnhart, Director
Compliance and Control Division

5                                                                        01A60762

### RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

*[signature]*

Carlton M. Hadden, Director
Office of Federal Operations

MAR 3 1 2006

Date

### CERTIFICATE OF MAILING

For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed. I certify that this decision was mailed to complainant, complainant's representative (if applicable), and the agency on:

MAR 3 1 2006

Date

*[signature]*

Equal Opportunity Assistant