IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EQUAL OPPORTUNITY DIVISION

Barbara A. Planck                           Docket #:   01A60762
    Plaintiff

V.

Donald H. Rumsfeld
Secretary,
Department of Defense
(Defense Contract Management Agency).
                Defendant(s)

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) Barbara A. Planck moves this Honorable Court for an order allowing her/him to proceed in case without prepayment of fees, costs, or security therefore, and for grounds therefore submits the attached sworn affidavit in support of the motion.

                                        _Barbara A. Planck_
                                        Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

Barbara A. Planck
Plaintiff

V.

Donald H. Rumsfeld
Secretary,
Department of Defense
(Defense Contract Management Agency)
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 01A60762

I, __BARBARA A. PLANCK__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. May 7, 2003, Leave without pay status due to numerous doctor appointments. I was employed at Fort Rucker, Alabama as a Safety Technician.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment      ☐ Yes   ☐ No
    b. Rent payments, interest or dividends               ☐ Yes   ☐ No
    c. Pensions, annuities or life insurance payments     ☐ Yes   ☐ No
    d. Disability or workers compensation payments        ☒ Yes   ☐ No
    e. Gifts or inheritances                              ☐ Yes   ☐ No
    f. Any other sources                                  ☐ Yes   ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

Mrs. Planck was forced to take Disability Retirement at the sum of $1,033.00 per month.

4. Do you have any cash or checking or savings accounts?  ☒ Yes  ☐ No

If "Yes," state the total amount. $2,000.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☒ Yes  ☐ No

If "Yes," describe the property and state its value.

Real estate consists of a house valued at $80,000.00, she just recently refinanced the home. Automobile valued at $1,500.00.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Thomas Brandon Bain - Son - unemployed, responsible for 100 percent of his support son, still lives at home

Courtney Bain - daughter - recently filed for Chapter 13 Bankrupcy - 60 percent of support she still lives at home

Jim Campbell - Disabled - deaf, lives in the home requires full time care

Mary Campbell - mother - assist with medicine. Family recently found out Mother has a serious heart problem that is not operable, mother could pass at any time Ms. Planck has a letter from U of B hospital from CICU unit explaining mother's health.

I declare under penalty of perjury that the above information is true and correct.

6/16/06        Barbara A. Planck
Date            Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.