IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BARBARA A. PLANCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv543-MHT |
| ) | |
| DONALD H. RUMSFELD, ) | |
| Secretary, Department of ) | |
| Defense, etc., ) | |
| ) | |
| Defendant. ) | |

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to United States Magistrate Judge Susan Russ Walker for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 22nd day of June, 2006.

                      /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE