IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA A. PLANCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV543-MHT |
| | ) | (WO) |
| DONALD H. RUMSFELD, Secretary, | ) | |
| Department of Defense, | ) | |
| | ) | |
| Defendant. | ) | |

**CORRECTED ORDER**

Plaintiff has not filed a response to the order of the court entered on July 10, 2006 (Doc. # 6). Since plaintiff has not objected to the court's delineation of her claims, it is

ORDERED that this case will proceed on plaintiff's claims as set forth in the July 10 order.

It is further ORDERED that plaintiff's motion to proceed *in forma pauperis* (Doc. # 2) is GRANTED. Plaintiff is advised that being allowed to proceed *in forma pauperis* only permits the plaintiff to commence this suit without prepayment of fees and court costs. The plaintiff should understand she may incur expenses as a result of the prosecution of this case. In the event of a trial, the plaintiff may compel the attendance of witnesses through subpoena only by tendering to each witness payment of a one-day witness fee plus mileage. Also, court costs, which vary, but which can be very substantial, are normally assessed against the losing party. This means that a plaintiff who loses a case, even though proceeding *in forma pauperis*, may be charged with, and obligated to pay, all court costs.

Plaintiff is DIRECTED to provide to the Clerk of Court, on or before **August 10, 2006**, addresses for service of process on individual defendants George Caldwell, Steven Busch, and Robert Grigsby.

When serving the summons in this action, the Clerk is DIRECTED to serve defendants with a copy of plaintiff's complaint, the amended complaint, and the order of the court entered on July 10, 2006 (Doc. # 6).

DONE, this 1st day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE