IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA A. PLANCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV543-MHT |
| | ) | |
| DONALD H. RUMSFELD, Secretary, | ) | |
| Department of Defense, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

By order entered August 1, 2006, the court directed plaintiff to provide the Clerk, on or before August 10, 2006, addresses for service of process on individual defendants Caldwell, Busch and Grigsby. Plaintiff has not complied with the order. Thus, the Clerk has not served these defendants. The record does not indicate that plaintiff has herself effected service on these defendants. Accordingly, it is

ORDERED that plaintiff is DIRECTED to show cause, on or before October 31, 2006, why these defendants should not be dismissed from this action because of plaintiff's failure to effect service within 120 days, as required by Fed. R. Civ. P. 4(m).

Done, this 20th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE