| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*<br>Jessica Moon | B. Date of Delivery<br>11/9/06 |
| | C. Signature<br>X Jessica Moon | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>U.S. Attorney's Office<br>P.O. Box 197<br>Montgomery, AL 36101<br><br>06CV543 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*      ☐ Yes | |
| 2. Article Number *(Copy from service label)* | 7005 1820 0002 3461 5480 | |

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952