IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA A. PLANCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:06-CV-543-MHT (WO) |
| v. | ) |
| | ) |
| DONALD H. RUMSFELD, Secretary, | ) |
| Department of Defense, et al., | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Comes now the undersigned, by and through Leura G. Canary, United States Attorney, and respectfully requests that defendant be given an extension of time, to and including, Monday, January 29, 2007, in which to answer or otherwise respond to the complaint in this matter and as grounds states as follows:

1. The defendant's answer in this matter is presently due to be filed on or before January 8, 2007.

2. On November 30, 2006, the undersigned's wife gave birth to a child which resulted in the absence of the undersigned for a significant period of time.

3. Further hindering the preparation of an answer or other response is that all materials necessary to thoughtfully and thoroughly answer or otherwise respond to the complaint have not yet been received from the appropriate federal agency.

WHEREFORE, premises considered it is respectfully requested that the defendant be given an extension of 21 days, or until Monday, January 29, 2007, in which to answer or otherwise respond.

Respectfully submitted this the 3rd day of January, 2007.

                                        LEURA G. CANARY
                                      United States Attorney

                          By: s/R. Randolph Neeley
                             R. RANDOLPH NEELEY
                             Assistant United States Attorney
                             Bar Number: 9083-E56R
                             Post Office Box 197
                             Montgomery, AL  36101-0197
                             Telephone No.: (334) 223-7280
                             Facsimile No.: (334) 223-7418
                             **E-mail: rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

Barbara A. Planck, pro se
1119 County Road 513
Midland City, AL 36350

                                          s/R. Randolph Neeley
                                          Assistant United States Attorney