IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA PLANCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06-CV-0543-MHT-SRW |
| | ) |
| ROBERT GATES, Secretary, | ) |
| Department of Defense, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S EXHIBIT LIST**

Defendant's Exhibit 1 (DEX 1), Notification of Personnel Action, Effective Date June 6, 1999.

Defendant's Exhibit 2 (DEX 2), Formal Complaint of Discrimination, filed April 26, 2001.

Defendant's Exhibit 3 (DEX 3), Final Decision of the Defense Contract Management Agency in the Complaint of Ms. Barbara Planck (XL-01-018).

Defendant's Exhibit 4 (DEX 4), Declaration of Charles J. Miller.

Defendant's Exhibit 5 (DEX 5), Formal Complaint of Discrimination, filed March 5, 2002.

Defendant's Exhibit 6 (DEX 6), Request for Hearing with EEOC, dated July 11, 2004, signed by Barbara A. Planck.

Defendant's Exhibit 7 (DEX 7), Scheduling Order, entered July 28, 2004 by Perry N. Martin, Administrative Judge.

Defendant's Exhibit 8 (DEX 8), Notice, signed by Perry N. Martin, Administrative Judge, entered December 9, 2004.

Defendant's Exhibit 9 (DEX 9), FAD of DCMA dated September 30, 2005.

Defendant's Exhibit 10 (DEX 10), EEOC - OFO Decision dated March 31, 2006.

Defendant's Exhibit 11 (DEX 11), Notification of Personnel Action, Effective Date December 28, 2002.