# DEFENDANT'S EXHIBIT 1

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date Of Birth | 4. Effective Date |
|---|---|---|---|
| PLANCK BARBARA A | | | 06-06-99 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code 713 | 5-B. Nature Of Action  CHG TO LOWER GRADE | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code N8M | 5-D. Legal Authority  REG 335.102 EXCEPT TO COMP | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| ENVIRONMENTAL TECHNICIAN  H821494001 | MANAGEMENT ASSISTANT (OFFICE AUTOMATION)  H803815002 |

| 8. Pay Plan GS | 9. Occ. Code 0029 | 10. Grade/Level 07 | 11. Step/Rate 05 | 12. Total Salary $30,597.00 | 13. Pay Basis PA | 16. Pay Plan GS | 17. Occ. Code 0344 | 18. Grade/Level 06 | 19. Step/Rate 09 | 20. Total Salary/Award $30,774.00 | 21. Pay Basis PA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12A. Basic Pay $28,901 | | 12B. Locality Adj. $ 1696 | | 12C. Adj. Basic Pay $30,597 | 12D. Other Pay $ 0 | 20A. Basic Pay $29,068 | | 20B. Locality Adj. $ 1706 | | 20C. Adj. Basic Pay $30,774 | 20D. Other Pay $ 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| DEF CONT MANANGEMENT DISTRICT EAST-DCM  DCMC  DCMC DETROIT  GENERAL DYNAMICS LIMA  FACILITIES TEAM     XL GJQA | DEFENSE CONTRACT MANAGEMENT DI  DCMC APMO  DCMC APMO  DCMC APMO-SOUTH  OPERATIONS TEAM B     XL AAEB |

### EMPLOYEE DATA

| 23. Veterans Preference  1 - None    3 - 10-Point/Disability    5 - 10-Point/Other  2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30%  1 | 24. Tenure  0 - None  2 - Conditional  1 - Permanent  3 - Indefinite  1 | 25. Agency Use  N | 26. Veterans Preference for RIF  YES    X  NO |
|---|---|---|---|
| 27. FEGLI  M1   BASIC + OPTION B (2X) + OPTION C (1X) | 28. Annuitant Indicator  9   NOT APPLICABLE | | 29. Pay Rate Determinant  .0 |
| 30. Retirement Plan  K   FERS AND FICA | 31. Service Comp. Date(Leave)  02-04-85 | 32. Work Schedule  F   FULL TIME | 33. Part-Time Hours Per Biweekly Pay Period |

### POSITION DATA

| 34. Position Occupied  1 - Competitive Service  3 - SES General  2 - Excepted Service  4 - SES Career Reserved  1 | 35. FLSA Category  E - Exempt  N - Nonexempt  N | 36. Appropriation Code  611011000 | 37. Bargaining Unit Status  0200 |
|---|---|---|---|
| 38. Duty Station Code  01-0930-069 | 39. Duty Station  DOTHAN | (City-County-State or Overseas Location)    HOUSTON  AL | |
| 40. Agency Data  COMP-LV:0200 | 41. POSN-SNSV  2 | 42. ACQ-POSN-CAR-CAT: | 43. PAY-TBL-ID  0000 | 44. ED-LVL INST-HI  11   000000 |

45. Remarks

POSITION IS AT THE FULL PERFORMANCE LEVEL.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEFENSE LOGISTICS AGENCY | Electronically Signed |

GATES0039