# DEFENDANT'S EXHIBIT 6

July 11, 2004

RECEIVED-DCMDE-CSE
EEO OFFICE

04 JUL 15 PM 2:21

Birmingham District Office
EEOC
Ridge Park Place, Suite 2000
1130 22nd Street, SO
Birmingham, AL  35205-2870

Subject: Request for a Hearing with EEOC, Case Number XL-02-016 (Formal Complaint of Employment Discrimination)

    Reference Letter, DCMAE-CSE, 18 Jun 2004, Subject: Your Formal Complaint of Employment Discrimination (Case Number XL-02-016) (attachment 1)

    Copy of envelope from DCMAE-CSE sent certified mail, mailed on 18 Jun 2004 (attachment 2).

    Medical Records regarding surgery at Flowers Hospital, operative date of 21 Jun 2004 outlining the surgical procedures and operation. Please be informed that this information is being provided to your office and the contents are to be kept **confidential** to your office only. I am requesting this information be protected under the **Privacy Act**. I have been disabled before and remain disabled after the surgery and I have asked my husband to assist me and type this letter (attachment 3).

    The agency DCMAE states, "it is my view that the record adequately addresses the matters at issue and does not support a finding that you were discriminated against. Not surprising, as DCMAE never supports a finding of discriminating to any of their EEO Complaints. When my wife attending the mediation meeting she knew before she went that it was going to be a waste of time. She also mentioned that the mediator himself made a comment to her on the matter DCMAE handles their EEO complaints.

    This complaint was filed back in 2002 and nothing was done about this complaint. My wife wrote to GAO and filed a complaint with them and they wrote us back and said that they did not handle EEO complaints but GAO did forward a copy of the correspondence to the agency that was responsible for overseeing EEO complaints, this is when finally some type of action was taken on her complaint. We also have copies of the letters from both agencies.

    My wife also asked that the District Office review the file and as note that her original complaint also addressed discrimination under the Equal Pay Act, the mediation meeting could not address this issue as no proof of this could be found. The complaint package we received does have this document included in the file.

    **This is a formal written request for a hearing with the EEOC.** Please note DCMA did not even provide the proper address to send this request to, the 18 Jun 2004 letter stated Birmingham, LA, rather than Alabama. We are concerned that the agency will not even provide a proper address especially when items such as this are time driven.

    The letter also states that we must send a copy of this request for a hearing to the EEOC office in Boston, MA and be assured they will receive a copy and also to be safe a faxed copy will be furnished to DCMAE-CSE.

Regards,

*Barbara Planck*
Barbara A. Planck
1119 County Rd 513
Midland City, AL 36350
(334) 795-0397
e-mail: ravan@starband.net


3 Attachments
cc:
DCMAE-CSE( (w/o attachments)





Barbara Planck
1119 County Road 513
Midland City, AL 36350

Equal Employment Opportunity Office
DCMAE-CSE - Eliezer Rivera
495 Summer Street
Boston, MA 02210-2184