# DEFENDANT'S EXHIBIT 11

U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|---|
| ANCK, BARBARA A. | | | 386–58–7839 | 01–09–1954 | 12–28–2002 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code **352** | 5–B. Nature of Action **Termination–Appt In Department of the Army** | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code **DBM** | 5–D. Legal Authority **5 CFR Part 715** | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| MANAGEMENT ASSISTANT (OFFICE AUTOMATION) 03815 – 28563 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0344 | 06 | 10 | $35,796.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $32,949.00 | $2,847.00 | $35,796.00 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| DCMAE<br>DCMAE BIRMINGHAM<br>DCMAE BIRMINGHAM<br>DCMAE OZARK<br>OPERATIONS TEAM   YS GLZO | |

**EMPLOYEE DATA**

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1 – None  3 – 10–Point/Disability  5 – 10–Point/Other<br>2 – 5–Point  4 – 10–Point/Compensable  6 – 10–Point/Compensable/30% | 1  0 – None  2 – Conditional<br>1 – Permanent  3 – Indefinite | N | YES **X** NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| M1  Basic + Option B (2x) + Option C (1x) | 9  Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS and FICA | 02–04–1985 | F  Full–Time | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1 – Competitive Service  3 – SES General<br>2 – Excepted Service  4 – SES Career Reserved | N  E – Exempt  N – Nonexempt | 611011000 | 630200 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 010930069 | DOTHAN / HOUSTON / ALABAMA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| C–LV 0200 | POS–SNVY 2 | A–POS–CT | PAY–TBL 0000 | ED–LVL 11 INST–HI  DEG–YR  PayDB PE |

45. Remarks

Forwarding address: 1119 County Road 513, Midland City AL 36350–3757.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Defense Contract Management Agency (DD63) | Helen F. Zennouzi |

GATES0030