IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
EQUAL OPPORTUNITY DIVISION

RECEIVED
2001 FEB 21 A 9: 50
P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Barbara A. Planck,
   Plaintiff

V.                                            CIVIL ACTION NO 2:06-CV-543 9(WO)

Robert Gates, Secretary,
Department of Defense
   Defendant

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

    The undersigned respectfully request that the plaintiff be given an extension of time, to include Monday, April 2, 2007 in which to answer or otherwise respond to the complaint in this matter and as grounds states as follows:

1. The plaintiff's answer in this matter is presently due to be filed on or before February 20, 2007.

2. The plantiff is disabled, some of her impairments are considered to be severe. Plantiff has degenerative disc disease and stenosis of the lumbar spine, coronary artery disease, disectomy and fusion at C4-5 and C5-6 for treatment of cervical spondylosis and disc protrusions at C4-5 and C5-6, afffective disorder and anxiety-related disorder. The plantiff has severe pain on a daily basis. Nerve damage in both arms and legs, which hinders the plaintiff's ability to type. Plantiff has restricted driving to county roads. Plaintiff's health is declining as she is now under the care of Orthopedic Surgeon. Plaintiff has suffered cronic pain in both legs, and has difficulty walking short distances, so she is restricted to home.

3. The plaintiff was referred to the American Association of People with Disabilities (AADP) Advocate Group. They are working with the plaintiff to find local legal assistance to assist her in preparing legal documents for this case. People who can't afford a lawyer are haul over the coals by the organized bar's monopoly over legal services. Procedural requirements are often difficult to understand.

2

Strange and unnecessary terms are tossed about. Court jargon serves as a means to exclude from the courts anyone who doesn't speak or understand the language or doesn't or cannot afford a lawyer to translate. Plaintiff through the AADP's attorney Mr. Tucker, referred the plaintiff to contact Mr. Gary Atchison, attorney. Plaintiff has spoke to Mr. Atchison and he requested the plaintiff contact him again and he may be able to help the plaintiff or find local assistance. The plaintiff's doctor has stated she retains the mental emotional capacity to perform simple, routine tasks. Plaintiff is overwhelmed and confused by the recent receipt of numerous legal papers from the Department of Defense.

4. Plaintiff's wishes to file a summary judgment and documents for evidence to her claims to be condisered by the court. These documents are boxed and stored at her daughter's storage building that she rents. Retreiving the evidence and documents from the storge unit and getting assistance to type the response will require a significant period of time. Unless assistance for AAPD is successful.

5. The above state will further hinder the preparation of an answer or other response is that all materials necessary to thoughtfully and thoroughly answer or otherwise respond to the defendant's claims and the courts deadline. The plaintiff prays the court will take into account the reason for a motion for extension granting reasonable accommodations for the disabled party.

Wherefore, premises considered it is repectfully requested that the defendant be granted an extension in which to answer and reply to the defendant's claims.

Respectfully submitted this 20th day of February, 2007.

*Barbara A. Planck*
BARBARA A. PLANCK, pro se
Plantiff

<u>Assisted by Courtney L. Bain</u>