RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
EQUAL OPPORTUNITY DIVISION

2007 FEB 21 A 9: 50

..A P. HACKETT, CL..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Barbara A. Planck,
    Plaintiff

V.                                                    CIVIL ACTION NO 2:06-CV-543 9(WO)
Robert Gates, Secretary,
Department of Defense
    Defendant

## MOTION TO REQUEST EXTENSION OF ORDER TO APPEAR FOR CONFERENCE SCHEDULED FOR FEBRUARY 23, 2007.

Comes now the undersigned, pro se, and respectfully request that plaintiff by given an extension of time for scheduled conference on February 23, 2007 at 4:00 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama in this matter as grounds states as follows:

1. Plaintiff's health is declining as she is now under the care of Orthopedic Surgeon. Plaintiff has suffered cronic pain in both legs, and has difficulty walking short distances, so she is restricted to home. This problem began December 2006 and continues to decline her ability to walk.. The Plaintiff's next appointment is scheduled for February 23, 2007 at 10:00 a.m. with the Orthopedic Surgeon. This appointment was scheduled before the court papers were received by the plaintiff.

2. The plantiff is disabled, some of her impairments are considered to be severe. Plantiff has degenerative disc disease and stenosis of the lumbar spine, coronary artery disease, disectomy and fusion at C4-5 and C5-6 for treatment of cervical spondylosis and disc protrusions at C4-5 and C5-6. The plantiff suffers severe pain on a daily basis. Nerve damage in both arms and legs, plantiff has restricted driving to county roads as her reflex to safely drive a vehicle is a major factor. Plaintiff does not have anyone who is availabe to drive her to Montgomery on scheduled conference day.

2

3. Plantiff is also under care at a pain management center for her medications. It is required she sees her pain management doctor on a monthly basis to obtain her medication. Plaintiff has an appointment with pain management on February 23, 2007 at 1:50 p.m..

4. Failure for plaintiff to cancel or not show up for appointments is in violation of her Pain Management Contract, and termination of treatment is a possibility if plaintiff is a no-show for appointment. Plaintiff has to have her medication and failure to obtain medication (she is prescribed methadone) may cause serious health threats.

WHEREFORE, premises considered it is respectfully request that the plaintiff be given an extension for conference until April 15, 2007.

Respectfully submitted this 20th day of February, 2007.

*Barbara A. Planck*
BARBARA A. PLANCK, pro se
Plaintiff

<u>Assisted by Courtney L. Bain</u>