IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA A. PLANCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv543-MHT |
| ) | |
| ROBERT GATES, Secretary, ) | |
| Department of Defense, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of plaintiff's motion to extend scheduling conference (Doc. # 24), filed February 21, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The scheduling conference previously scheduled for February 23, 2007 is rescheduled for 4:00 p.m. on March 28, 2007 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done, this 21st day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE