IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA A. PLANCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv543-MHT |
| ) | |
| ROBERT GATES, Secretary, ) | |
| Department of Defense, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of plaintiff's "Motion for Extension of Time to Answer or Otherwise Respond" which the court construes as a motion for extension of time to respond to defendant's motion for summary judgment, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Plaintiff shall file a response to defendant's motion for summary judgment on or before March 21, 2007.

It is further

ORDERED that defendant may file a reply to the response on or before April 2, 2007.

DONE, this 22nd day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE