IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BARBARA A. PLANCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv543-MHT |
| | ) | (WO) |
| ROBERT M. GATES, Secretary, | ) | |
| Department of Defense, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 11, 2007, and after an independent and de novo review, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Defendant's motion to dismiss (Doc. # 18) is GRANTED as to Claim 1 (Quality Assurance Specialist position) and Claim 6 (Hostile Work Environment) and that these claims are dismissed with prejudice;

2. Defendant's alternative motion for summary judgment (Doc. # 18) is GRANTED as to Claim 2 (Safety and Occupational Health Specialist position) and Claim 7 (Equal Pay Act) and summary judgment is entered in favor of defendant and against plaintiff on these claims; and

3. The case is referred back to the Magistrate Judge for further proceedings on plaintiff's remaining claims.

DONE, this the 1st day of May, 2007.

                                                   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE