# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 29, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Barbara A. Planck v. Donald H. Rumsfeld**
**Case Number: 2:06-cv-543-MHT**

**Pleading : #31 - Motion to Stay**

**Notice of Correction is being  filed this date to advise that  the referenced  pleading was e-filed on 6/29/2007 with the wrong  pdf document attached.**

**The corrected pdf document is attached to this notice.**