IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA A. PLANCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv543-MHT |
| | ) |
| DONALD H. RUMSFELD, Secretary, | |
| Department of Defense, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of defendant's motion to stay (Doc. # 31), filed June 29, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. All deadlines are CONTINUED generally.

DONE, this 5th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE