IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 OCT -3  P 4: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| BARBARA A. PLANCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06-CV-0543-MHT-SRW |
| | ) |
| ROBERT GATES, Secretary, | ) |
| Department of Defense, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff, Barbara A. Planck, and the Defendant, United States of America, as follows:

1. That the above-mentioned parties have settled through compromise the above-entitled action.

2. That the parties have complied with the terms and conditions of the agreement and jointly move for dismissal of the pending action with prejudice and without costs.

DATED this _30_ day of September, 2007.

_____
Barbara A. Planck, pro se
Plaintiff
1119 County Road 513
Midland City, AL 36350


LEURA G. CANARY
United States Attorney

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **rand.neeley@usdoj.gov**