IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BARBARA A. PLANCK,            ) | |
|                                         ) | |
|    Plaintiff,       ) | |
|                                         ) | CIVIL ACTION NO. |
|    v.                ) | 2:06cv543-MHT |
|                                         ) | (WO) |
| ROBERT GATES, Secretary,  ) | |
| Department of Defense,    ) | |
| etc.,                     ) | |
|                                         ) | |
|    Defendant.        ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. No. 34), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed with prejudice and without costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 5th day of October, 2007.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE